BEFORE THE SECOND DIVISION, FEBRUARY 5, 1962

No. 66436.—Wear Right Gloves, Inc. v. United States, protests 305205–K, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the items marked "A" were held dutiable at 30 percent under paragraph 1208, as modified, *supra*, as knit nylon gloves similar in use to silk gloves, and the items marked "B" at 30 percent under paragraph 915, as modified, *supra*, as knit nylon gloves similar in use to cotton gloves.

No. 66437.—Aris Gloves, Inc. v. United States, protest 59/33780 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise, marked "A" on entry 985072, consists of nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 5, 1962

No. 66438.—The Sharpe & Hart Associates, Inc. v. United States, protests 61/4794, etc. (San Francisco).

Opinion by RICHARDSON, J.  The protests were dismissed.